IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01051-RPM

PAUL W. SACCO,

    Plaintiff,

v.

WATERFORD INV. SERVICES, INC. n/k/a ALLIED BEACON PARTNERS, INC.,

    Defendant.

---

ORDER FOR STATUS REPORT

---

During the scheduling conference held on October 13, 2011, this Court stayed proceedings in this case pending plaintiff's efforts to compel defendant to arbitrate before the arbitration board. Nothing further has been filed with the court and it is now

ORDERED that counsel shall file a status report on or before April 19, 2012.

Dated:  April 12th, 2012

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior District Judge